Timothy J. Walton (State Bar No. 184292)
WALTON TWU LLP
9515 Soquel Drive Suite #207
Aptos, CA 95003

Phone: (831) 685-9800
Fax: (650) 618-8687

*Attorneys for Plaintiff*
GEORGE MORELAND

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE DIVISION)

| | |
|---|---|
| GEORGE MORELAND,<br><br>           Plaintiff,<br><br>   vs.<br><br>AD OPTIMIZERS, LLC, *et al*,<br><br>        Defendants. | Case No. C 13-00216 PSG<br>(Formerly in the Superior Court of California, County of Santa Clara, Case No. 112CV218692)<br><br>**SECOND AMENDED COMPLAINT FOR DAMAGES, AND DECLARATORY RELIEF**<br><br>1. **VIOLATIONS OF CALIFORNIA RESTRICTIONS ON UNSOLICITED COMMERCIAL E-MAIL ADVERTISERS (Cal. Bus. & Prof. Code § 17529.5)**<br>2. **CIVIL CONSPIRACY** |

COMES NOW PLAINTIFF GEORGE MORELAND and files this Verified Second Amended Complaint for causes of action against Defendants AD OPTIMIZERS, LLC, a Nevada limited liability company, GILBERTO LOPEZ, an individual, and DOES 4-1000, inclusive; and alleges as follows:

//

//

WALTON TWU LLP
9515 Soquel Drive Suite #207 • Aptos, CA 95003
PHONE (831)685-9800 • FAX (650)618-8687

## I. SUMMARY OF THE COMPLAINT

1.      Plaintiff GEORGE MORELAND ("MORELAND") brings this action against Defendants for sending and/or advertising in at least One Thousand Three Hundred (1,300) unlawful Unsolicited Commercial Email ("UCE" or "spam") messages sent to MORELAND since February 14, 2011.

2.      The spams are email advertising in violation of Cal. Bus. & Prof. Code § 17529 *et seq.*

3.      The headers of the spam contain or are accompanied by numerous elements of falsified, misrepresented, or forged header information, in violation of Cal. Bus. & Prof. Code § 17529.5.

4.      This Court should award statutory damages of $1,000 per spam, as provided by Cal. Bus. & Prof. Code § 17529 *et seq.*, and not consider any reduction, because Defendants failed to implement reasonably effective systems designed to prevent the sending of unlawful spam in violation of the statute.

5.      MORELAND is informed and believes and thereon alleges that Defendants' actions in sending unlawful spam were knowing, willful, and blatant, and *not* "clerical" mistakes.

6.      This Court should grant the request for Declaratory Relief so that other users of email can know the law.

WALTON TWU LLP
9515 Soquel Drive Suite #207 • Aptos, CA 95003
PHONE (831) 685-9800 • FAX (650) 618-8687

## II.  PARTIES

### A.  Plaintiff GEORGE MORELAND

7. MORELAND is now, and at all times relevant herein has been, an individual residing in the State of California.

8. MORELAND owns and at all relevant times herein owned a computer with an Internet connection.

9. MORELAND ordinarily uses this computer to access his email accounts.  This computer is located in the State of California.

10. MORELAND received all of the spam over his Internet Service Provider's equipment and email service provider's equipment, all located in the State of California.

### B.  Defendant AD OPTIMIZERS, LLC Is An Entity In Nevada

11. MORELAND is informed and believes and thereon alleges that Defendant AD OPTIMIZERS, LLC ("AO") was at all times relevant herein, a limited liability company duly organized and recognized under the laws of the Nevada with a principal place of business in Carson City, Nevada.

12. MORELAND is informed and believes and thereon alleges that the members of AO have comingled funds with the entity and have failed to follow corporate procedures.

13. MORELAND is informed and believes and thereon alleges that Defendant AO was previously DOE No. 1 in this action.

14. AO previously defaulted. Plaintiff will again serve the registered agent with this complaint.

WALTON TWU LLP
9515 Soquel Drive Suite #207 • Aptos, CA 95003
PHONE (831) 685-9800 • FAX (650) 618-8687

C. __Defendant GILBERTO LOPEZ Is An Individual Residing In Nevada__

15. MORELAND is informed and believes and thereon alleges that Defendant GILBERTO LOPEZ ("LOPEZ") was at all times relevant herein, an individual residing within the State of Nevada, and an owner and manager of Defendant AD OPTIMIZERS, LLC.

16. Plaintiff is informed and believes that Defendant GILBERTO LOPEZ is an alter ego of AD OPTIMIZERS, LLC, and there is such a unity of interest that to consider the Defendants to be separate entities would result in an injustice.

17. Plaintiff is informed and believes that GILBERTO LOPEZ controlled the corporate entity to such an extent that failure to disregard their separate identities would result in fraud or injustice.

18. Plaintiff is informed and believes that GILBERTO LOPEZ undercapitalized Defendant AD OPTIMIZERS, LLC relative to the potential liability from sending thousands, if not millions, of unsolicited commercial spam emails.

19. Plaintiff is informed and believes that GILBERTO LOPEZ used Defendant AD OPTIMIZERS, LLC to fraudulently send millions of unsolicited commercial spam emails via botnets containing misleading headers detailed in paragraph 24 below, and personally registered numerous domains from which the unsolicited commercial spam emails were sent. Plaintiff is further informed and believes that GILBERTO LOPEZ personally sent some or all of the unsolicited commercial spam emails at issue.

20. MORELAND is informed and believes and thereon alleges that Defendant LOPEZ was previously DOE No. 3 in this action.

WALTON TWU LLP
9515 Soquel Drive Suite #207 • Aptos, CA 95003
PHONE (831) 685-9800 • FAX (650) 618-8687

**E. <u>DOES 4-1000</u>**

21. MORELAND does not know the true names or legal capacities of the Defendants designated herein as DOES 4 through 1000, inclusive, and therefore sues said Defendants under the fictitious name of "DOE".

22. MORELAND is informed and believes, and thereon alleges, that each of the Defendants designated herein as a DOE is legally responsible in some manner for the matters alleged in this complaint, and is legally responsible in some manner for causing the injuries and damages of which MORELAND complains.

23. MORELAND is informed and believes, and thereon alleges, that each of the Defendants designated herein as a DOE Defendant was, at all times relevant to the matters alleged within this complaint, acting in conjunction with the named Defendants, whether as a director, officer, employee, agent, client, affiliate, participant, or co-conspirator.

24. When the identities of DOE Defendants 4-1000 are discoverable, or otherwise made available, MORELAND will seek to amend this Complaint to allege their identity and involvement with particularity.

25. MORELAND alleges that all Defendants are jointly and severally liable for all injuries and damages of which MORELAND complains.


**III.   <u>AT LEAST ONE THOUSAND THREE HUNDRED (1,300) UNLAWFUL SPAMS</u>**

26. Since at least February 14, 2011, Defendants initiated the sending of, and/or advertised in, at least One Thousand Three Hundred (1,300) Unsolicited Commercial Email ("UCE" or "spam") advertisements sent to MORELAND.

WALTON TWU LLP
9515 Soquel Drive Suite #207 • Aptos, CA 95003
PHONE (831) 685-9800 • FAX (650) 618-8687

"Commercial e-mail advertisement" means any electronic mail message initiated for the purpose of advertising or promoting the lease, sale, rental, gift offer, or other disposition of any property, goods, services, or extension of credit.

Cal. Bus. & Prof. Code § 17529.1(c).

27. Defendants sent multiple spam advertisements to Plaintiff per day.

28. The quantity of unsolicited email in this case amounts to oppression for which punitive damages are appropriate.

**A.  Prohibited Actions**

29. MORELAND is informed and believes and thereon alleges that Defendants used each of the following prohibited tactics in their email advertising:

- Misleading and Deceptive Subject Lines

- Misleading Sender Names and/or Email Addresses

- Misleading Recipient Names and/or Email Addresses

- Private Registration

- Use of Botnets[1]

- Forged IP Addresses

- Forged Date/Time Stamps

**B. Spam Sent by Defendants**

30. MORELAND is informed and believes and thereon alleges that Defendants are responsible for the sending of all of the spams at issue, either directly or through the employment of other networks.

---

[1] Botnets are groups of computers that have been compromised to aid in the sending of spam without the owners' knowledge - these compromised computers are sometimes called "zombies".

WALTON TWU LLP
9515 Soquel Drive Suite #207 • Aptos, CA 95003
PHONE (831) 685-9800 • FAX (650) 618-8687

31. MORELAND is informed and believes and thereon alleges that the "From" address in most, if not all, of the spams at issue resolve to domains that are or were privately registered with a proxy service.

32. MORELAND is informed and believes and thereon alleges that Defendants are responsible for employing the use of one or more "Botnets" for the sending of spam, either directly or through the employment of affiliate networks that use them.

33. MORELAND is informed and believes and thereon alleges that Defendants do not honor "opt-out" requests, and in fact *increase* the volume of spam sent to email addresses whose owners have opted-out of receiving their spam. This indicates malice on the part of Defendants for which punitive damages are appropriate.

## IV.  SPECIFIC ALLEGATIONS

### A.  Plaintiff's Email Usage

34. MORELAND's email address at which MORELAND received the spam at issue in this action is a "California email address."

> "California e-mail address" means 1) An e-mail address furnished by an electronic mail service provider that sends bills for furnishing and maintaining that e-mail address to a mailing address in this state; 2) An e-mail address ordinarily accessed from a computer located in this state; 3) An e-mail address furnished to a resident of this state.

Cal. Bus. & Prof. Code § 17529.1(b).  All three of the conditions apply: The email address at which MORELAND received the UCE is furnished by a California Electronic Mail Service Provider ("EMSP") that bills MORELAND for furnishing and maintaining his email address; MORELAND ordinarily accesses his email address from a computer located in California; and MORELAND is a resident of California.

WALTON TWU LLP
9515 Soquel Drive Suite #207 • Aptos, CA 95003
PHONE (831) 685-9800 • FAX (650) 618-8687

35. MORELAND's email address plays no part in determining whether or not the emails have falsified, misrepresentative, forged, or otherwise deceptive information contained in or accompanying the email headers or bodies.

36. MORELAND's email address is confidential for numerous reasons, including, but not limited to, avoiding the risk of retaliation by "mail bombing" (sending massive amounts of email to MORELAND's email address), "joe jobbing" (sending unlawful email as if it were coming from MORELAND's email address as a means of harassment), or sharing of MORELAND's email address with other unknown parties who might in turn send spam or mail bombs to MORELAND or as if from MORELAND.

37. MORELAND uses filters to attempt to block spam.

**B. Defendants' Computer and Email Usage**

38. MORELAND is informed and believes and thereon alleges that Defendants intended to deceive recipients of their spam messages through the extensive use of falsified, misrepresented, and/or forged information contained in or accompanying the email headers, as described herein.

39. MORELAND is informed and believes and thereon alleges that Defendants went to great lengths to falsify the information contained in and accompanying the email headers in order to deceive recipients, Internet Service Providers ("ISPs"), and spam filters.

40. MORELAND is informed and believes and thereon alleges that Defendants have been responsible for sending millions of unsolicited commercial emails, advertising other entities, to California residents containing similarly falsified headers.

41. MORELAND is informed and believes and thereon alleges that Defendants actually profited, and continue to profit, and were unjustly enriched by their wrongful conduct.

WALTON TWU LLP
9515 Soquel Drive Suite #207 • Aptos, CA 95003
PHONE (831) 685-9800 • FAX (650) 618-8687

42. Punitive damages are appropriate to punish malicious, oppressive, and/or fraudulent conduct by Defendants, and to deter others from engaging in such conduct.

**C.  Plaintiff Never Gave Defendants Direct Consent to Send Him Commercial Email**

43. MORELAND did not provide direct consent to receive advertisements from any of the Defendants, nor did MORELAND have a preexisting or current business relationship with any of the Defendants.  Cal. Bus. & Prof. Code § 17529.1(c), (o), (d), (a), (l). Therefore, the commercial email advertisements at issue in this action were ALL unsolicited.

**D.  Defendants Caused the Sending of Spam**

44. MORELAND is informed and believes and thereon alleges that Defendants engaged in deceptive actions by initiating (as defined by Cal. Bus. & Prof. Code § 17529.1(i)) the sending of *at least* One Thousand Three Hundred (1,300) unsolicited commercial emails with unlawful headers, sent to MORELAND since at least February 14, 2011.

45. MORELAND is informed and believes and thereon alleges that the Defendants sent commercial email advertisements on their own behalf, or cooperated, conspired, or otherwise assisted in the sending of spams which advertised websites, products, or services.

46. MORELAND is informed and believes and thereon alleges that Defendants cooperated in the transmission of the unlawful spam.

47. MORELAND is informed and believes and thereon alleges that no Defendant was required or compelled to employ any other Defendant for the actions described in this complaint.

**E.  Damages**

48. MORELAND suffered damages as the result of the spams.

WALTON TWU LLP
9515 Soquel Drive Suite #207 • Aptos, CA 95003
PHONE (831) 685-9800 • FAX (650) 618-8687

49. Plaintiff, who cannot refuse to accept such email, incurs costs for the storage of such email, and for the time spent accessing, reviewing, and discarding such email. The harmful effects of email spam were acknowledged by the Ninth Circuit in *Gordon v. Virtumundo*, 575 F.3d 1040, 1057 (9th Cir. 2009).

50. The California Legislature defined liquidated damages to be $1,000 per spam. This figure is comparable with damages in other areas of consumer protection law, *e.g.*, $500-$1,500 statutory damages per junk fax, 47 U.S.C. § 227(b)(3). MORELAND's rightful and lawful assertion of the California Legislature's liquidated damages amount of $1,000 per email is necessary to further the Legislature's objective of protecting California residents from unlawful spam and provide certainty of damages without the need for expert testimony.

51. MORELAND suffered damages as a result of Defendants' wrongful conduct. MORELAND was damaged by each unlawful spam when MORELAND received each unlawful spam, in the State of California, to his California email address.

**F. Unlawful Content Contained In or Accompanying Email Headers**

52. MORELAND is informed and believes and thereon alleges that an email "header" includes the Sender Name, Sender Email Address (including domain name) and other information purporting to identify the person initiating the message, Subject Line, Recipient Name and Recipient Email Address, sending Internet Protocol address, and Date/Time stamp, as well as other routing information.

53. MORELAND is informed and believes and thereon alleges that with most email client applications, as with his own, the *only* header information an email recipient can see in order to determine the validity of an email before deciding whether to open it is a "From" name

WALTON TWU LLP
9515 Soquel Drive Suite #207 • Aptos, CA 95003
PHONE (831) 685-9800 • FAX (650) 618-8687

unaccompanied by an email address, a subject line, and a date/time stamp, *all* of which are provided by the sender of the email, and all of which can be falsified.

54. MORELAND is informed and believes and thereon alleges that Defendants' spam includes multiple elements of falsified, misrepresented, and/or forged information contained in or accompanying the email headers. These include:

- Misleading and Deceptive Subject Lines
- Misleading Sender Names and/or Email Addresses
- Misleading Recipient Names and/or Email Addresses
- Private Registration
- Use of Botnets
- Forged IP Addresses
- Forged Date/Time Stamps

55. A commercial email advertisement is unlawful if it "contains or is accompanied by falsified, misrepresented, or forged header information."  Cal. Bus. & Prof. Code § 17529.5(a)(2).

56. The sheer numbers of unlawful spams at issue in this action prevent this pleading from asserting details about each and every spam, but each of the email messages at issue in this action contain elements that are common to all or most of the more than One Thousand Three Hundred (1,300) email messages about which MORELAND complains.

57. MORELAND is informed and believes and thereon alleges that the falsified, misrepresented, and forged content in the spam at issue in this action constitute *material* falsity and deception, and represent *willful* and *deliberate* acts, *not* mere "clerical" mistakes.

WALTON TWU LLP
9515 Soquel Drive Suite #207 • Aptos, CA 95003
PHONE (831) 685-9800 • FAX (650) 618-8687

WALTON TWU LLP
9515 Soquel Drive Suite #207 • Aptos, CA 95003
PHONE (831) 685-9800 • FAX (650) 618-8687

### 1. *Misleading Subject Lines*

58. California law prohibits email Subject Lines that are likely to mislead a recipient, acting reasonably under the circumstances, about a material fact regarding the contents or subject matter of the message.  Cal. Bus. & Prof. Code § 17529.5(a)(3).

59. The Subject Lines in many of the Defendants' spam advertising were materially deceptive because they were misleading about the subject matter of the messages.

### 2. *Misleading Sender Names And/Or Email Addresses*

60. Internet Protocol Request for Comment No. 1312 suggests that the Sender Name field identify the sender of the email.  Russell Nelson and Geoff Arnold, RFC 1312 – Message Send Protocol 2, *available at* http://www.faqs.org/rfcs/rfc1312.html. All of the spams at issue in this action have originating IP addresses that fail to identify *any* of the Defendants as the sender. The identity of the sender of any given email at issue in this action was not readily traceable.

61. MORELAND is informed and believes and thereon alleges that Defendants chose to display sensational phrases like "MESSAGE ALERT!", ""NOTIFICATION"", and "!!!WARNING!!!"  instead of their legitimate identities in the "From" field, not only to further disguise their identities, but also to entice recipients into opening their spam, reading their advertisements, and ultimately making a purchase.

### 3. *Misleading Recipient Names And/Or Email Addresses*

62. MORELAND is not indicated as the recipient in *any* of the spams at issue in this action. For example: in an email sent to MORELAND on August 16, 2011, the recipient is identified as "recip.2371.5479752@themembersindex.com".

63. This further demonstrates that Defendants do not have MORELAND's consent to receive email solicitations, nor do Defendants even know MORELAND's identity, and are simply seeking new prospective customers or phishing for private information.

### 4. Private Registration

64. MORELAND is informed and believes and thereon alleges that one or more Defendants sent spam using email addresses at domains that are or were privately registered through a domain proxy service.

65. MORELAND is informed and believes and thereon alleges that the sender of the UCE used proxy services to hide the identity of the sending domain's owner.

66. MORELAND is informed and believes and thereon alleges that one or more of the Defendants registered domain names with proxy services precisely so that the true sender was not readily traceable.

### 5. Use of Botnets

67. MORELAND is informed and believes and thereon alleges that the Defendants used Botnets precisely so that recipients of their spam, ISPs, and spam filters could not identify the true culprits responsible for sending the spam.

68. MORELAND is informed and believes and thereon alleges that Defendants employ the use of Botnets to send their spam from computers that do not belong to them.

69. MORELAND is informed and believes and thereon alleges that organizations appearing in the headers of the UCE at issue are unaware that their computers are being used in this fashion; are *not* employees, agents, clients, affiliates, participants, or co-conspirators that

WALTON TWU LLP
9515 Soquel Drive Suite #207 • Aptos, CA 95003
PHONE (831) 685-9800 • FAX (650) 618-8687

WALTON TWU LLP
9515 Soquel Drive Suite #207 • Aptos, CA 95003
PHONE (831) 685-9800 • FAX (650) 618-8687

should be named as Defendants in this action; and are *in fact* the unwitting victims of a Botnet that is under the Defendants' control.

### 6. Forged IP Addresses

70. Alternatively, MORELAND theorizes that it *may* be possible that, rather than using Botnets, one or more of the Defendants somehow forged the IP address information in the full email headers to appear *as if* the emails came from others, precisely so that recipients of their spam could not identify the Defendants as the *true* senders of the spam.

71. MORELAND is informed and believes and thereon alleges that the Defendants may have forged IP address information in the headers in order to deceive recipients, ISPs, and spam filters regarding the identities of the true senders of their spam.

72. MORELAND is informed and believes and thereon alleges that the organizations appearing to be involved in the sending of the UCE at issue are unaware that their IP address information is being used in this fashion; and are *not* employees, agents, clients, affiliates, participants, or co-conspirators that should be named as Defendants in this action.

### 7. Forged Date/Time Stamps

73. MORELAND is informed and believes and thereon alleges that one or more of the Defendants forged Date/Time information in many of their headers in order to deceive recipients of their spam. For example: in an email that was Date/Time stamped by its sender as Monday, February 6, 2012 at 19:06:04, MORELAND's email service provider indicates the Date/Time stamp when the email was *actually* received to be Sunday, January 22, 2012 at 19:06:31, fifteen days prior to the Date/Time stamp displayed by the sender in the partial header.

74. MORELAND is informed and believes and thereon alleges that the Defendants intentionally forged the Date/Time stamps in order to appear as the most recently received messages in an email client application's list when sorted by date.

### FIRST CAUSE OF ACTION
**[Violations of California Restrictions on Unsolicited Commercial Email Advertisers,
California Business and Professions Code § 17529.5]**
**(Against All Defendants)**

75. MORELAND hereby incorporates by reference Paragraphs 1 to 74, inclusive, as if the same were fully set forth herein.

76. The statute of limitations for a California Business and Professions Code § 17529.5 cause of action based on liquidated damages is one year. MORELAND filed this action within the statute of limitations.

77. Defendants sent, caused to be sent, or advertised in, unsolicited commercial emails to California electronic mail addresses, including at least One Thousand Three Hundred (1,300) to MORELAND, containing or accompanied by falsified, misrepresentative, or forged header information, including:

- Misleading and Deceptive Subject Lines

- Misleading Sender Names and/or Email Addresses

- Misleading Recipient Names and/or Email Addresses

- Private Registration

- Use of Botnets

- Forged IP Addresses

- Forged Date/Time Stamps

78. MORELAND suffered damages as a result of Defendants' wrongful conduct.

WALTON TWU LLP
9515 Soquel Drive Suite #207 • Aptos, CA 95003
PHONE (831) 685-9800 • FAX (650) 618-8687

1   79. The California Legislature has set liquidated damages at One Thousand Dollars ($1,000)

2   per email.

3

4   80. MORELAND seeks reimbursement of attorneys' fees and costs as authorized by statute.

5   WHEREFORE, MORELAND prays for judgment against Defendants, and each of them, as

6   hereinafter set forth.

7

8

**SECOND CAUSE OF ACTION**
**[Civil Conspiracy]**
**(Against All Defendants)**

9

10   81.     MORELAND hereby incorporates by reference Paragraphs 1 to 80, inclusive, as if

11   the same were fully set forth herein.

12

13   82.     Plaintiff is informed and believes and thereon alleges that Defendants, acting in

14   agreement, concert, and conspiracy with each other, jointly and severally, as set forth fully above,

15   acted with a common purpose to contract with third parties to advertise web sites through the use

16   of unlawful spam emails. Plaintiff is informed and believes and thereon alleges that Defendants

17   executed or caused to be executed contracts with third parties to advertise web sites through the

18   use of unlawful spam emails.

19

20   83.     Plaintiff is informed and believes and thereon alleges that LOPEZ did not act

21   alone using AO to control Botnets and send advertising, but actually conspired with DOE #4,

22   who has yet to be identified. Moreland is, however, informed and believes and thereon alleges

23   that it was Lopez that executed contracts with third parties in furtherance of the conspiracy,

24   including contracts for proxy registration.

25

26   84.     Plaintiff is informed and believes and thereon alleges that the purpose of the

27   concert of action was to hide or otherwise harm a spam recipient's ability to readily trace the true

28

WALTON TWU LLP
9515 Soquel Drive Suite #207 • Aptos, CA 95003
PHONE (831) 685-9800 • FAX (650) 618-8687

16
**SECOND AMENDED COMPLAINT**

sender, while profiting from unlawful activity and making it appear that innocent parties were to blame.

85.     Plaintiff is informed and believes and thereon alleges that Defendants' overt acts in pursuit of the common purpose included the sending of email advertising in violation of law.

86.     Plaintiff is informed and believes and thereon alleges that he has suffered damages as a result of the Defendants' attempts to conceal their activities through this unlawful concert of action. Specifically, he has incurred attorneys' fees, investigation costs and lost opportunities as well as the incidental costs of sorting and storing unwanted spam.

87.     Plaintiff is informed and believes and thereon alleges that other recipients of email have suffered damages as a result of the Defendants' attempts to conceal their activities through this unlawful concert of action.

88. Plaintiff seeks attorneys' fees pursuant to California Code of Civil Procedures §1021 as a private attorney general.

WHEREFORE, MORELAND prays for judgment against Defendants, and each of them, as hereinafter set forth.

## PRAYER FOR RELIEF
### (Against All Defendants)

A.  Liquidated damages in the amount of One Thousand Dollars ($1,000) for each unlawful spam, as authorized by Cal. Bus. & Prof. Code § 17529 *et seq*. in an amount according to proof, but not less than $1,300,000.00;

B.  Punitive damages in an amount to be determined by the Court;

**SECOND AMENDED COMPLAINT**

**WALTON TWU LLP**
9515 Soquel Drive Suite #207 • Aptos, CA 95003
PHONE (831) 685-9800 • FAX (650) 618-8687

C.  An Order from this Court declaring that Defendants, by their actions, have violated California Business & Professions Code § 17529 *et seq.* and common law;

D.  Attorneys' fees as allowed by law (Cal. Bus. & Prof. Code § 17529 *et seq* and California Code of Civil Procedures §1021.);

E.  Costs of suit; and

F.  Such other and further relief as the Court deems proper.

WALTON TWU LLP

Date:_____April 24, 2013_____        BY:____/s/ Timothy J. Walton_____
                                             TIMOTHY J. WALTON
                                             *Attorneys for* GEORGE MORELAND

WALTON TWU LLP
9515 Soquel Drive Suite #207 • Aptos, CA 95003
PHONE (831) 685-9800 • FAX (650)618-8687