WALTON TWU LLP
TIMOTHY J. WALTON (SBN 184292)
JIM C. TWU (SBN 175032)
9515 Soquel Drive, Suite #207
Aptos, CA  95003
Telephone:  (831) 685-9800
Facsimile:  (650) 618-8687

Attorney for Plaintiff
GEORGE MORELAND

THE LAW OFFICE OF DAMIAN MOOS, P.C.
DAMIAN M. MOOS (SBN 240030)
damian@damianmooslaw.com
120 Vantis, Suite 535
Aliso Viejo, CA  92656
Telephone:  (714) 465-0665
Facsimile:  (714) 333-1891

Attorney for Defendant
GILBERT LOPEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN JOSE DIVISION

| | |
|---|---|
| GEORGE MORELAND, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AD OPTIMIZERS, LLC, a Nevada limited liability company, JASON KERRIGAN, an individual, GILBERT LOPEZ, an individual, and DOES 4-1000,<br><br>Defendants. | Case No. C 13-00216 PSG<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff George Moreland and Defendant Gilbert Lopez hereby stipulate that this action and all claims Plaintiff has asserted against Lopez in this action are hereby dismissed *with prejudice*. The Clerk shall close this file.

DATED: December 30, 2013     WALTON TWU LLP

By:  /s/ Timothy J. Walton
Timothy J. Walton
Attorney for Plaintiff
George Moreland

DATED: December 30, 2013     THE LAW OFFICE OF DAMIAN MOOS, P.C.

By:  /s/ Damian M. Moos
Damian M. Moos
Attorney for Defendant
Gilbert Lopez

**Attestation**: I hereby attest that I have on file a holographic signature for the "conformed" signature (/s/) of Timothy J. Walton within this e-filed document.

Dated December 30, 2013                                         /s/ Damian M. Moos